UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AHMED REHAB,**

Plaintiff,

v. **No. 4:26-cv-00105-P**

**X CORP., ET AL.,**

Defendants.

**ORDER**

The Court received notification that the Parties settled the instant dispute. ECF No. 22. Insofar as the Parties reached a meeting of the minds regarding settlement, formal dismissal papers are a procedural technicality, not a rigid requirement. If the Parties have subsequent disputes regarding enforcement of the settlement agreement, such disputes are sound in contract and are unrelated to the instant case.

Accordingly, acting upon the Parties' representations that this case has been settled, the Court **ORDERS** that this action is **DISMISSED with prejudice**. All pending motions are hereby **DENIED** as **MOOT**.

**SO ORDERED** on this **18th day of August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE